**Josephine HUSKEY, Plaintiff–Appellant,**

v.

**Michael H. TRUJILLO, Director of the Indian Health Service, Department of Health and Human Services, Defendant–Appellee.**

No. 99–36223.

D.C. No. CV–97–00394–HRH.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 7, 2001.

Decided Aug. 28, 2001.

Before SCHROEDER, Chief Judge, T.G. NELSON and SILVERMAN, Circuit Judges.

ORDER *

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

This court lacks jurisdiction of this appeal because jurisdiction in the district court was based in material part on the Little Tucker Act, 28 U.S.C. § 1346(a)(2), and the Federal Circuit has exclusive jurisdiction over an appeal from a final decision of a district court in a non-tax case where jurisdiction rested in part upon that statute. *See* 28 U.S.C. § 1295(a)(2). In view of the time that the case has been pending in this court, the government agreed at argument that it would join in a motion to be filed by appellant Huskey to expedite the appellate proceedings in the Federal Circuit.

The appeal is hereby transferred to the Federal Circuit pursuant to 28 U.S.C. § 1631.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.